Filed 2/1/22  P. v. Williamson CA3

## NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C093213 |
| Plaintiff and Respondent, | (Super. Ct. No. 20CF02058) |
| v. | |
| SHAWN THOMAS WILLIAMSON, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Shawn Thomas Williamson filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Finding no arguable errors favorable to defendant, we will affirm the judgment.

BACKGROUND

In December 2019, defendant was arrested on a postrelease community supervision warrant.  While in custody in county jail, defendant and another inmate

1

attacked a third inmate. They beat the victim inmate with their fists for approximately one minute then refused to answer questions about the attack. The attack left the victim inmate disoriented and with a laceration behind his ear.

The People charged defendant with assault by means likely to produce great bodily injury. (Pen. Code, § 245, subd. (a)(4).) Defendant pleaded no contest to the assault charge and the trial court sentenced him to three years in state prison.[1] The court ordered defendant to pay various fines and fees and awarded him 140 days of custody credit.

Defendant appealed without a certificate of probable cause.

## DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*Wende*, *supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no errors that would result in a disposition more favorable to defendant.

---

[1] Defendant also pleaded no contest to a charge of misdemeanor failure to appear in Butte County Superior Court case No. 20CF04823. The trial court sentenced him to a concurrent one-year term on that conviction.

2

## DISPOSITION

The judgment is affirmed.

_____\s_____
BLEASE, Acting P. J.

We concur:

_____\s_____
DUARTE, J.

_____\s_____
KRAUSE, J.